Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Earleen Renee Siddall-Durham

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| EARLEEN RENEE SIDDALL-DURHAM, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:13-cv-00530-JLT <br><br> STIPULATION AND PROPOSED ORDER FOR DISMISSAL <br><br> (Doc. 13) |

TO THE HONORABLE JENNIFER L. THURSTON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Earleen Renee Siddall-Durham ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to

1   bear its own fees, costs, and expenses.  The parties enter into this stipulation

2   pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B)

3   DATE: November 27, 2013        Respectfully submitted,

4                                  LAW OFFICES OF LAWRENCE D. ROHLFING

5                                  /s/ *Young Cho*

6                          BY:_____
                                   Young Cho
7                                  Attorney for plaintiff
                                   Earleen Renee Siddall-Durham
8

9   DATE: November 27, 2013        BENJAMIN B. WAGNER
                                   United States Attorney
10

11                                 /s/ *Francesco Benavides*

12                                 _____
                                   Francesco Benavides
13                                 Special Assistant United States Attorney
                                   Attorneys for Defendant Carolyn W. Colvin,
14                                 Acting Commissioner of Social Security
                                   (Per e-mail authorization)
15

16                                 **ORDER**

17          Based upon the stipulation of the parties, the Court **ORDERS**:

18          1.      The matter is **DISMISSED with prejudice**;

19          2.      The Clerk of the Court is **DIRECTED** to close this matter.

20   IT IS SO ORDERED.

21
       Dated:   __**December 2, 2013**__        _____**/s/ Jennifer L. Thurston**
22                                              UNITED STATES MAGISTRATE JUDGE

23

24

25

26