Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Earleen Renee Siddall-Durham

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| EARLEEN RENEE SIDDALL-DURHAM, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:13-cv-00530-JLT <br><br> STIPULATION AND PROPOSED ORDER FOR DISMISSAL <br><br> (Doc. 13) |

TO THE HONORABLE JENNIFER L. THURSTON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Earleen Renee Siddall-Durham ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to

-1-

1  bear its own fees, costs, and expenses.  The parties enter into this stipulation

2  pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B)

3  DATE: November 27, 2013          Respectfully submitted,

4                                                      LAW OFFICES OF LAWRENCE D. ROHLFING

5                                                             /s/ *Young Cho*

6                             BY:_____
                                                 Young Cho

7                                                   Attorney for plaintiff
                                                 Earleen Renee Siddall-Durham

8

9  DATE: November 27, 2013          BENJAMIN B. WAGNER
                                                    United States Attorney

10

11                                                      /s/ *Francesco Benavides*

12                                                    Francesco Benavides
                                                  Special Assistant United States Attorney

13                                                    Attorneys for Defendant Carolyn W. Colvin,
                                                  Acting Commissioner of Social Security

14                                                    (Per e-mail authorization)

15

16                                                    **ORDER**

17         Based upon the stipulation of the parties, the Court **ORDERS**:

18         1.     The matter is **DISMISSED with prejudice**;

19         2.     The Clerk of the Court is **DIRECTED** to close this matter.

20  IT IS SO ORDERED.

21

22      Dated:   **December 2, 2013**                 **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE

23

24

25

26